CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

STEVE J. JOFFE (SBN: 108419)
steve.joffe@wilsonelser.com
PETER R. BING (SBN: 89166)
peter.bing@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
555 S. Flowers Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
Attorneys for Defendant
RM El Torito LLC

JOSEPH H. KANIMIAN (SBN: 153089)
joseph@kanimianlaw.com
LAW OFFICES OF JOSEPH KANIMIAN
300 W. Glenoaks Blvd, Suite 100
Glendale, CA 91202-2967
Telephone: (818)550-3030
Facsimile: (818)550-3034
Attorney for Defendants
Sherman Oaks First Plaza, LLC and Fresh Med Food, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>　　　　Plaintiff,<br>v.<br><br>SHERMAN OAKS FIRST PLAZA, LLC, a California Limited Liability Corporation; RM EL TORITO LLC, a Delaware Limited Liability Corporation; FRESH MED FOOD, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:18-CV-02444-GW-AGR<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

| | |
|---|---|
| Dated: July 19, 2018 | CENTER FOR DISABILITY ACCESS |
| | By: /s/ Phyl Grace |
| | Phyl Grace |
| | Attorneys for Plaintiff |
| Dated: July 19, 2018 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | By: /s/ Peter R. Bing |
| | Steve J. Joffe |
| | Peter R. Bing |
| | Attorneys for Defendant |
| | RM El Torito LLC |
| Dated: July 19, 2018 | LAW OFFICES OF JOSEPH KANIMIAN |
| | By: /s/ Joseph H. Kanimian |
| | Joseph H. Kanimian |
| | Attorney for Defendants |
| | Sherman Oaks First Plaza, LLC and Fresh Med Food, Inc. |

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Peter R. Bing and Joseph H. Kanimian, counsel's for RM El Torito LLC, Sherman Oaks First Plaza, LLC and Fresh Med Food, Inc., respectively, and that I have obtained Mr. Bing's and Mr. Kanimian's authorization to affix their electronic signature to this document.

Dated: July 19, 2018					CENTER FOR DISABILITY ACCESS

						By:  /s/ Phyl Grace
						       Phyl Grace
						       Attorney for Plaintiff