1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Ray Ballister, Jr., Esq., SBN 111282
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   <u>Mail</u>: PO Box 262490
4  San Diego, CA 92196-2490
   <u>Delivery</u>: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff
7

8  JOSEPH H. KANIMIAN (SBN: 153089)
   joseph@kanimianlaw.com
9  LAW OFFICES OF JOSEPH KANIMIAN
   300 W. Glenoaks Blvd, Suite 100
10 Glendale, CA 91202-2967
   Telephone: (818)550-3030
11 Facsimile: (818)550-3034
   Attorney for Defendants
12 Sherman Oaks First Plaza, LLC and Fresh Med Food, Inc.

13
                        UNITED STATES DISTRICT COURT
14                     CENTRAL DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16  NEHEMIAH KONG, | Case No.: 2:18-CV-02444-GW-AGR |
| 17          Plaintiff, v. | **JOINT REPORT RE SETTLEMENT** |
| 18  SHERMAN OAKS FIRST PLAZA, LLC, a California Limited Liability Corporation; | |
| 19  RM EL TORITO LLC, a Delaware Limited Liability Corporation; | |
| 20  FRESH MED FOOD, INC., a California Corporation; and Does 1-10, | |
| 21          Defendants. | |
| 22 | |

23      Plaintiff Nehemiah Kong ("Plaintiff") and Defendants Sherman Oaks First Plaza,
24 LLC; Fresh Med Food, Inc. ("Defendants") (collectively "the Parties") submit their
25 Status Report re Settlement.
26      The Parties have met and conferred twice re settlement subsequent to the
27 bankruptcy filing of Defendant RM El Torito, LLC, however, Defendants are unwilling
28

to assume the obligations of RM El Torito that were part and parcel of an agreement reached prior to RM El Torito's bankruptcy.

Dated: December 11, 2018         CENTER FOR DISABILITY ACCESS

                                 By: /s/ Phyl Grace
                                     Phyl Grace
                                     Attorneys for Plaintiff

Dated: December 11, 2018         LAW OFFICES OF JOSEPH KANIMIAN

                                 By: /s/ Joseph H. Kanimian
                                     Joseph H. Kanimian
                                     Attorney for Defendants
                                     Sherman Oaks First Plaza, LLC and Fresh Med Food, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Joseph H. Kanimian, counsel Sherman Oaks First Plaza, LLC and Fresh Med Food, Inc., and that I have obtained Mr. Kanimian's authorization to affix their electronic signature to this document.

Dated: December 11, 2018           CENTER FOR DISABILITY ACCESS

                                                By: /s/ Phyl Grace
                                                     Phyl Grace
                                                     Attorney for Plaintiff