**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 18-2444-GW(AGRx) | Date | December 17, 2018 |
|---|---|---|---|
| Title | *Nehemiah Kong v. Sherman Oaks First Plaza, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Raymond G. Ballister, Jr., by telephone | None Present |

**PROCEEDINGS:    ORDER TO SHOW CAUSE RE: SETTLEMENT**

Counsel for Defendant is not present.

Court confers with counsel for Plaintiff. Based on the statements of counsel, the action is dismissed without prejudice based on settlement between the parties.

|  | : | 02 |
|---|---|---|
| Initials of Preparer | JG | |